**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Deborah W. Daugherty,** | Bankruptcy No. 16-01820 |
| Debtors. | Honorable Pamela S. Hollis |

**COVER SHEET FOR FINAL FEE APPLICATION OF
FACTORLAW FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | Law Offices of William J. Factor, Ltd. |
| Authorized to Provide Professional Services to: | Peter N. Metrou, Chapter 7 Trustee for the estate of Deborah W. Daugherty |
| Date of Order Authorizing Employment: | January 20, 2017, with employment effective January 12, 2017 |
| Period for Which Compensation is Sought: | January 12, 2017 – July 12, 2018 |
| Amount of Fees Sought: | $17,845.00 |
| Amount of Expense Reimbursement Sought: | $559.26 |
| This is a: | First and Final Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

Dated: July 12, 2018          **FactorLaw**,

By: */s/ Ariane Holtschlag*

{00120493}

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Deborah W. Daugherty,** | Bankruptcy No. 16-01820 |
| Debtors. | Honorable Pamela S. Hollis |

## NOTICE OF APPLICATION

**Please take notice** that on **Friday, August 10, 2018, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, on the 2nd Floor of the Joliet City Hall building located at 150 West Jefferson Street in Joliet, Illinois, and then and there shall present the attached **First and Final Fee Application of FactorLaw** a copy of which is attached hereto and herewith served upon you.

Dated: July 12, 2018                **FactorLaw**

                                    By: */s/ Ariane Holtschlag*
                                    One of its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-4830
Fax:     (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

{00120493}                    2

## CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney, hereby certify that on July 12, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Application* and the accompanying *First and Final Fee Application of FactorLaw* be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by US Mail on all persons identified on the attached service list.

/s/ Ariane Holtschlag

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Amy Y Cho** | acho@shb.com; docket@shb.com |
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com; bharlow@wfactorlaw.com; gsullivan@ecf.inforuptcy.com; holtschlagar43923@notify.bestcase.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **David P Lloyd** | courtdocs@davidlloydlaw.com |
| **Peter N Metrou** | met.trustee7@att.net; met.trustee7@att.net; pmetrou@ecf.epiqsystems.com |
| **Peter N Metrou** | trustee7@metandnem.com; met.trustee7@att.net; pmetrou@ecf.epiqsystems.com |
| **Gary M. Miller** | docket@shb.com |

| | | |
|---|---|---|
| William W. Daugherty<br>10430 Ridgewood Dr.<br>Palos Park, IL 60464-2521 | Deborah W. Daugherty<br>P.O. Box 813<br>Mokena, IL 60448-0813 | ADT Security Services<br>PO Box 650485<br>Dallas, TX 75265-0485 |
| AT & T<br>c/o Franklin Collection Service,Inc<br>PO Box 3910<br>Tupelo, MS 38803-3910 | AT & T<br>c/o Southwest Credit<br>4120 Int'l Pkwy, Ste. 1100<br>Carrollton, TX 75007-1958 | AT & T U-verse<br>Attn: Ms. Young<br>1010 Pine St., 6-E-24<br>Saint Louis, MO 63101-2015 |
| AT &T Mobility<br>PO Box 6416<br>Carol Stream, IL 60197-6416 | AT&T Mobility<br>c/o Diversified Consultants Inc.<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | ATG Credit<br>PO Box 14895<br>Chicago, IL 60614-8542 |
| Ally Financial f/k/a GMAC Inc.<br>c/o Law Offices of Gabriel Antman<br>111 W. Washington., Ste. 823<br>Chicago, IL 60602-2703 | Ally Financial fka GMAC Inc.<br>c/o Law Offices of Gabriel Antman<br>111 W. Washington St., Ste. 823<br>Chicago, IL 60602-2703 | American Chartered Bank<br>20 N. Martingale Road<br>Suite 600<br>Schaumburg, IL 60173-2416 |
| Arrow Financial Services<br>c/o ER Solutions, Inc.<br>10750 Hammerly Blvd., Ste. 200<br>Houston, TX 77043-2317 | Associated Urological Specialists<br>PO Box 516<br>Bedford Park, IL 60499-0516 | Associated Urological Specialists<br>c/o Medical Reimbursmt Specialists<br>15234 S. Harlem Ave. Lower level<br>Orland Park, IL 60462-4330 |
| Berger Schatz<br>161 N. Clark St., Ste. 2800<br>Chicago, IL 60601-3245 | Bonnema Pools<br>5735 W. Timerberlane<br>Monee, IL 60449-9393 | Bright Ideas Lighting<br>1305 S. Schoolhouse Rd.<br>New Lenox, IL 60451-3243 |
| Bryan & Karyn Kitley<br>c/o Tiffany Gorman, Attorney<br>2455 Glenwood Ave.<br>Joliet, IL 60435-5464 | Capital One Bank<br>c/o Blitt & Gaines, PC<br>661 Glenn Ave.<br>Wheeling, IL 60090-6017 | Capital One Services, LLC<br>c/o Nelson, Watson & Assoc., LLC<br>80 Merrimack St., Lower Level<br>Haverhill, MA 01830-5202 |
| Chicago Academy of the Arts<br>1010 W. Chicago Ave.<br>Orland Park, IL 60462 | Clark Mosquito<br>675 Sidwell Ct.<br>Saint Charles, IL 60174-3492 | Com Ed<br>PO Box 6111<br>Carol Stream, IL 60197-6111 |
| Com Ed<br>c/o Contract Callers, Inc.<br>1058 Claussen Rd., Ste. 110<br>Augusta, GA 30907-0301 | Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Credit Collection Services<br>Two Wells Ave.<br>Newton Center, MA 02459-3246 |
| Danielle Gilliam<br>c/o Michael Stuttley<br>369 Sibley, Suite F<br>Harvey, IL 60426-2594 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Dr. John J. Deitchie & Assoc.<br>5 Old Frankfort Way<br>Frankfort, IL 60423-1719 |

| | | |
|---|---|---|
| Enhanced Recovery Company, LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | Gardner Psychological Assc.<br>25 E. Washington St., Ste. 1931<br>Chicago, IL 60602-1812 | Grippo & Elden, LLC<br>111 S. Wacker Dr.<br>Chicago, IL 60606-4314 |
| HSBC Bank USA/Carsons<br>c/o First Nat'l Collection Bureau<br>610 Waltham Way<br>Sparks, NV 89434-6695 | High Tech Medical Park<br>0236 Momentum Place<br>Chicago, IL 60689-5302 | High Tech Medical Park<br>c/o ICS Collection Serivce<br>PO Box 1010<br>Tinley Park, IL 60477-9110 |
| IC System Inc.<br>444 Highway 96 East<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | James R. Tharp, DDS<br>c/o Creditors Discount & Audit Co.<br>415 E. Main St., PO Box 213<br>Streator, IL 61364-0213 | Lawn Tech<br>PO Box 991<br>Tinley Park, IL 60477-0991 |
| LeVine Wittenberg & Shugan, Inc.<br>184 Maple Creek Drive., Ste. 600<br>Tinley Park, IL 60477 | Macy's Star Rewards<br>PO Box 689195<br>Des Moines, IA 50368-9195 | Macy's c/o<br>LTD Financial Services, LP<br>7322 Southwest Freeway, Ste 1600<br>Houston, TX 77074-2134 |
| Marian Catholic High School<br>700 Ashland Ave.<br>Chicago Heights, IL 60411-2073 | Nicor Gas<br>c/o Harris & Harris, Ltd.<br>222 Merchandise Mart Plaza,Ste.1900<br>Chicago, IL 60654-1421 | Nicor Gas<br>c/o Mintex, Inc.<br>800 W. 5th Ave., Ste. 100A<br>Naperville, IL 60563-4966 |
| Palos Anesthesia Assoc SC<br>Department 4622<br>Carol Stream, IL 60122-0001 | Palos Community Hospital<br>c/o Nationwide Credit & Collection<br>815 Commerce Dr., Ste. 100<br>Oak Brook, IL 60523-8839 | Parkview Orthopaedic Group<br>c/o Hoevel & Assoc.<br>3725 N. Western Ave.<br>Chicago, IL 60618-4705 |
| Parkview Orthopaedic Group, SC<br>7600 W. College Dr.<br>Palos Heights, IL 60463-1001 | Petty, Bielik & Burke<br>10343 W. Lincoln Highway<br>Frankfort, IL 60423-1280 | Premier Medical Products<br>708 W. 5th Ave.<br>Naperville, IL 60563-2948 |
| Prime Therapeutics<br>PO Box 650041<br>Dallas, TX 75265-0041 | Radiology & Nuclear Consultants,Ltd<br>7808 W. College Dr., Ste. 1SE<br>Palos Heights, IL 60463-1591 | Shannon Zelanzy<br>10 S. Chicago<br>Joliet, IL 60436-1757 |
| Southwest Credit<br>4120 Intl Pkwy, Suite 1100<br>Carrollton, TX 75007-1958 | St. Mary Catholic Church<br>19515 115th Ave., #2<br>Mokena, IL 60448-3203 | State Farm Insurance<br>Debbie Luscombe<br>15742 S. Bell Rd.<br>Homer Glen, IL 60491-8400 |
| Susan O'Neill Alvarado<br>700 Commerce Dr., Ste 500<br>Oak Brook, IL 60523-8736 | Tellatin Short & Hansen, Inc.<br>15455 Conway Rd. Ste. 355<br>Chesterfield, MO 63017-6033 | Tharp Dental<br>10171 Lincoln Hwy<br>Frankfort, IL 60423-1274 |

| | | |
|---|---|---|
| The Howard Law Firm<br>307 N. Michigan Ave., Ste 1214<br>Chicago, IL 60601-5402 | Tinley Woods Surgery<br>c/o ICS, Inc.<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | Village of Frankfort<br>432 W. Nebraska<br>Frankfort, IL 60423-4001 |
| Weiss Sugar Dvorak & Dusek<br>20 N. Wacker Dr., Ste. 2250<br>Chicago, IL 60606-3095 | Wells Fargo Bank, N.A.<br>c/o Pierce & Assoc., PC<br>1 N. Dearborn St., Ste. 1300<br>Chicago, IL 60602-4321 | William Daugherty<br>10430 Ridgewood Dr.<br>Palos Park, IL 60464-2521 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Deborah W. Daugherty,** | Bankruptcy No. 16-01820 |
| Debtors. | Honorable Pamela S. Hollis |

## FACTORLAW'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Ariane Holtschlag and the Law Office of William J. Factor, Ltd. (collectively "***FactorLaw***"), counsel for Peter N. Metrou, not individually but as the chapter 7 trustee (the "***Trustee***") of the bankruptcy estate (the "***Estate***") of Deborah W. Daugherty (the "***Debtor***"), hereby submits its final application (the "***Application***") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation of **$17,845.00** for legal services performed by FactorLaw during the period of January 12, 2017 through July 12, 2018 (the "***Application Period***") and **$559.26** in expenses incurred in connection with those services. In support of its Application, FactorLaw states as follows:

### JURISDICTION

1.  This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2.  Venue of the above-captioned case (the "***Case***") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A).

{00120493}  4

## BACKGROUND

4. On January 21, 2016, (the "**Petition Date**") the Debtor filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "**Bankruptcy Code**"), thereby initiating the Case.

5. Peter N. Metrou was appointed as the interim trustee in the Case pursuant 11 U.S.C. § 701 and now serves as the permanent trustee in the Case. The Trustee is duly qualified and has all the powers of a trustee under, among other provisions, 11 U.S.C. § 704.

6. On January 20, 2017, the Court approved the Trustee's retention of FactorLaw retroactive to January 12, 2017 to investigate certain assets of the Estate.

7. Among the assets of the Estate is the Debtor's one-half interest in the unpaid portion (the "**Balance**") of a judgment disassociating the Debtor's former spouse, William Daugherty ("**William**"), from certain LLCs previously owned together with Susan Simonsen ("**Simonsen**") in exchange for the sum of $823,785.02 to be paid in 120 monthly installments commencing on October 1, 2012.

8. On February 8, 2018, the Trustee initiated an adversary proceeding ("**Adversary Proceeding**") by filing a complaint (the "**Complaint**") against Simonsen and William seeking turnover of the Debtor's portion of the Balance.

9. On June 8, 2018, the Court approved a settlement between the Trustee and Simonsen to settle the Adversary Proceeding for a lump sum payment of $150,000.

10. The settlement has now been fully consummated and the Trustee is preparing to file his final report.

# FEE APPLICATION

**Services performed.**

11. FactorLaw maintains contemporaneous written records of the time expended by its professionals.

12. Such records for the Case, copies of which are grouped and attached hereto as **Exhibit 1**, set forth in detail: (a) the services rendered by FactorLaw (the "*Services*") on behalf of the Trustee, (b) the dates upon which such Services were rendered; (c) the amount of time spent on the Services; and (d) the professionals who performed the Services.

   *1. Summary of Services by professional.*

13. FactorLaw spent a total of 64.1 hours at a cost of $17,845.00 in connection with this Case during the Application Period.

14. A breakdown of the professionals providing Services is as follows:

| Professional | Title | Hourly Rate[1] | Total Hours | Value |
|---|---|---|---|---|
| William J. Factor | Partner | $375/$400 | 2.1 | $812.50 |
| Jeffrey K. Paulsen | Partner | $275 | 0.2 | $55.00 |
| Ariane Holtschlag | Partner | $275/$325/$350 | 50.8 | $15,050.00 |
| Julia Loper | Associate | $275/$300 | 4.7 | $1,232.50 |
| Samuel Rodgers | Paralegal | $100 | 0.6 | $60.00 |
| Amanda Noonan | Law Clerk | $125 | 2.6 | $325.00 |
| Danielle Ranallo | Legal Asst. | $100 | 3.1 | $310.00 |
| | | **Totals:** | **64.1** | **$17,845.00** |

---

[1] In the ordinary course of FactorLaw's business and during the Application Period, the hourly rates of certain FactorLaw professionals have been increased. For each professional, all hourly rates applicable to the Application Period are listed herein.

{00120493}  6

*A. Itemization of fees by category of Services rendered.*

15. **Case Administration.**  FactorLaw spent a total of 6 hours at a cost of $1,737.50 on matters relating to case administration.

16. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 4.7 | $1,607.50 |
| Danielle Ranallo | Legal Asst. | $100 | 1.3 | $130.00 |
| | | **Totals:** | **6** | **$1,737.50** |

17. **Asset Investigation.**  FactorLaw spent a total of 21.4 hours at a cost of $5,615.00 on matters relating to asset investigation.

18. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| William J. Factor | Partner | $375/$400 | 1.1 | $412.50 |
| Jeffrey K. Paulsen | Partner | $275 | 0.2 | $55.00 |
| Ariane Holtschlag | Partner | $275/$325/$350 | 19.5 | $5,087.50 |
| Samuel Rodgers | Paralegal | $100 | 0.6 | $60.00 |
| | | **Totals:** | **21.4** | **$5,615.00** |

19. **Rule 2004 Examinations.**  FactorLaw spent a total of 5.5 hours at a cost of $1,407.50 on matters relating to rule 2004 examinations.

20. A breakdown of the professionals providing Services in this category is as follows:

{00120493}                    7

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 4.9 | $1,347.50 |
| Danielle Ranallo | Legal Asst. | $100 | 0.6 | $60.00 |
| | | Totals: | 5.5 | $1,407.50 |

21. **Adversary Proceeding.** FactorLaw spent a total of 20.4 hours at a cost of $5,445.00 on matters relating to the adversary proceeding.

22. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| William J. Factor | Partner | $375/$400 | 1 | $400.00 |
| Ariane Holtschlag | Associate | $275/$325/$350 | 10.9 | $3,367.50 |
| Julia D. Loper | Associate | $275/$300 | 4.7 | $1,232.50 |
| Amanda Noonan | Law Clerk | $125 | 2.6 | $325.00 |
| Danielle Ranallo | Legal Asst. | $100 | 1.2 | $120.00 |
| | | Totals: | 20.4 | $5,445.00 |

23. **Settlement.** FactorLaw spent a total of 10.8 hours at a cost of $3,640.00 on matters relating to case administration.

24. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 10.8 | $3,640.00 |
| | | Totals: | 10.8 | $3,640.00 |

{00120493} 8

**Expenses**

25. FactorLaw incurred $559.26 in actual and necessary expenses related to this Case. A copy of the expense record is attached hereto as **Exhibit 2**.

26. FactorLaw does not bill its clients or seek compensation in this Application for its overhead expenses. The expenses listed above are actual out of pocket costs advanced by FactorLaw.

**FactorLaw's retention was appropriate through the Application Period**

27. During the Application Period, no agreement or understanding exists between FactorLaw and any other person for the sharing of compensation received or to be received in connection with this Case.

28. No compensation has been promised to FactorLaw other than as disclosed or approved by this Court. FactorLaw certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee.

29. Finally, FactorLaw represents that it is and was through the Application Period a disinterested party and does not hold any relationship adverse to the Estate.

## BASIS FOR THE REQUESTED RELIEF

30. Under Section 330(a)(1)(A), the Court may award a professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A). Section 330(a) further provides:
> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—(A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at

which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3).

31. In determining the "extent and value of compensation," the Seventh Circuit endorses the "'lodestar' approach—multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987) (Schmetterer, J.); *accord In re UNR Indus.*, 986 F.2d 207, 210-11 (7th Cir. 1993) (lodestar approach provides fair compensation under Section 330); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar' figure has, as its name suggests, become the guiding light of our fee-shifting jurisprudence. We have established a 'strong presumption' that the lodestar represents the 'reasonable' fee[.]").

32. The Seventh Circuit has mandated that an "attorney's actual billing rate … is considered to be the presumptive market rate." *Small*, 264 F.3d at 707. Moreover, "[t]he lawyer's regular rate is strongly presumed to be the market rate for his or his services." *Moriarty v. Svec*, 233 F.3d 955, 965 (7th Cir. 2000) (emphasis added), cert. denied, 532 U.S. 1066 (2001).

33. Additionally, under generally accepted standards, if the services of an attorney employed under Section 327 are reasonably likely to benefit the estate, they should be compensable. *See Andrews & Kurth LLP v. Family Snacks, Inc. (In re Pro-Snax Distributors, Inc.)*, 157 F.3d 414, 421 (5th Cir. 1998); *In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996); 2 Lawrence P. King, Collier on Bankruptcy ¶ 330.04 at 330-43 (15th ed. rev. 1999); *cf.* 11 U.S.C. § 330(a)(4)(A)(ii)(I). In this same context, "[n]ecessary services are those that aid the professional's client in fulfilling

its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998) (Barliant, J.).

The average hourly billing rate for the professionals who performed the Services—that is, the "lodestar" rate— is $281.51. This average rate is fair and reasonable in light of the services provided and the experience of FactorLaw's professionals. Moreover, the compensation requested by the FactorLaw is reasonable based upon the customary compensation charged by comparably skilled practitioners in either non-bankruptcy or bankruptcy cases.

**WHEREFORE**, FactorLaw respectfully requests that this Court enter an Order:

A. Allowing FactorLaw compensation for actual, necessary legal services in the amount of **$17,845.00**;

B. Authorizing reimbursement of FactorLaw for actual and necessary expenses in the amount of **$559.26**;

C. Authorizing the Trustee to pay FactorLaw the allowed compensation and reimbursement of expenses up to a total amount of **$18,404.26**; and

D. Granting such other relief as the Court deems just and equitable.

Dated: July 12, 2018 **FactorLaw**

By: */s/ Ariane Holtschlag*
One of Its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com

{00120493} 11